UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JORGE ISAEL NOLLA,

    Petitioner,                                                             Case No. 22-cv-1224-pp

    v.

ROSA ALBINA RODRIGUEZ VARGAS,

    Respondent.

## PETITIONER'S RESPONSE TO MOTION IN LIMINE

NOW COME the Petitioner, JORGE ISAEL NOLLA, by and through his attorneys, and in response to Respondent, ROSA ALBINA RODRIGUEZ VARGAS', Motion *in Limine*, respectfully states as follows:

**MOTION IN LIMINE – NUMBER 1**

Respondent seeks to exclude all documents Petitioner has not produced in response to Respondent's discovery requests prior to the conclusion of the court-ordered discovery deadline of May 19, 2023.

**ANSWER: None.**

**MOTION IN LIMINE – NUMBER 2**

Respondent seeks to exclude all witnesses from Petitioner's case-in-chief not listed in Petitioner's Initial Disclosure or provided through supplement to Respondent in accordance with Rule 26(e) prior to July 5, 2023.

**ANSWER: None.**

**MOTION IN LIMINE – NUMBER 3**

Respondent seeks to exclude any proposed exhibit from Petitioner's case-in-chief in a foreign language for which an English translation has not been submitted to Respondent by July 5, 2023, by 5:00 p.m.

**ANSWER: Petitioner objects to said request.**

## MOTION IN LIMINE – NUMBER 4

Respondent seeks to exclude any proposed exhibit used by Petitioner's impeachment or in rebuttal in a foreign language for which an English translation is not also provided.

**ANSWER: Petitioner objects to said request. Excluding such evidence at this stage in the litigation of this matter would prejudice Petitioner.**

## MOTION IN LIMINE – NUMBER 5

Respondent seeks to exclude any translated exhibit that is not accompanied with the original language document or material from which it was produced.

**ANSWER: Petitioner objects to said request. Excluding such evidence at this stage in the litigation of this matter would prejudice Petitioner.**

## MOTION IN LIMINE – NUMBER 6

Respondent seeks to exclude any translated exhibit from the Plaintiff's case-in-chief for which the original language document or material from which it was produced was not provided to Respondent by July 5, 2023, at 5:00 p.m.

**ANSWER: Petitioner objects to said request. Excluding such evidence at this stage in the litigation of this matter would prejudice Petitioner.**

## MOTION IN LIMINE – NUMBER 7

Respondent seeks to exclude any telephonic recordings, or transcriptions of said recordings, as exhibits or for any other means in the evidentiary hearings.

**ANSWER: Petitioner objects to said request. Excluding such evidence at this stage in the litigation of this matter would prejudice Petitioner.**

## MOTION IN LIMINE – NUMBER 8

Respondent seeks to admit testimony via videoconference or telephone for select witnesses as an exception to Rule 43(a). The witnesses will be designated in the July 5, 2023, reported.

**ANSWER: Petitioner objects to said request. Admitting such testimony at this stage in the litigation of this matter would prejudice Petitioner at this stage in the proceedings. Petitioner will be unable prepare for this testimony and will be prejudiced as a result.**

## MOTION IN LIMINE – NUMBER 9

Respondent requests the Court allow Respondent to submit witness affidavits into evidence in lieu of calling witnesses already disclosed to Petitioner in her Initial Disclosures and Supplements to expedite the evidentiary hearing.

**ANSWER: Petitioner objects to said request.**

MASTERS LAW GROUP LLC

BY:/s/ ANTHONY G. JOSEPH_____
ANTHONY G. JOSEPH

MASTERS LAW GROUP LLC
Anthony G. Joseph, Esq. (Illinois ARDC No. 6303632)
Erin E. Masters, Esq. (Illinois ARDC No. 6283476)
30 N. LaSalle Street, Suite 2250
Chicago, Illinois 60602
Phone : (312) 609-1700
Facsimile : (312) 893-2002
ajoseph@masters-lawgroup.com